UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TJTM TECHNOLOGIES, LLC,**<br><br>    Plaintiff,<br><br>  v.<br><br>**SAMSUNG ELECTRONICS AMERICA, INC.,**<br><br>    Defendant. | Case No.  4:21-cv-05500-YGR<br><br>**ORDER OF CONDITIONAL DISMISSAL**<br><br>Dkt. No. 30 |

The parties to this action, by and through their counsel, has advised the Court that the parties have agreed to settlement.

Based thereon, this matter is **DISMISSED WITH PREJUDICE** and any hearings and deadlines in this matter are **VACATED**.

It is further **ORDERED** that if any party certifies to the Court, with proper notice to all other parties, within sixty (60) days from the date of this Order, that the case should be reopened, this Order shall be vacated and this cause shall be restored to the calendar for further proceedings.

**IT IS SO ORDERED**.

Dated: January 25, 2022

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE